STATE ex rel. BOLIN v. WEBSTER PAR-
ISH SCHOOL BOARD et al.

No. 4969.

Court of Appeal of Louisiana.
Second Circuit.

Feb. 5, 1935.

E. L. Richardson and Robt. F. Kennon, both of Minden, for appellants.

Langston & Thomas, of Minden, and Craig, Bolin, Magee & Baucum, of Shreveport, for appellee.

MILLS, Judge.

This case being regularly assigned and called for argument, and neither party appearing or filing briefs, the appeal will be considered abandoned and is accordingly dismissed.